1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                           EASTERN DISTRICT OF CALIFORNIA

7

8    DAVID BRIAN HARRELL,                          No.  2:11-cv-01301-MCE-GGH

9                 Plaintiff,

10          v.                                      ORDER

11   PLACER COUNTY SHERIFF'S
     DEPARTMENT,
12
                  Defendant.
13

14          This case was opened on May 13, 2011.  Since that time, aside from papers pertinent to

15   counsel's withdrawal, nothing (e.g., proofs of service or the status report required by the Court's

16   order issued May 16, 2011, or its additional order dated December 27, 2011) has been filed.

17   Accordingly, on July 17, 2012, this Court issued an Order to Show Cause ("OSC") requiring

18   Plaintiff to show cause in writing why this case should not be dismissed.  The Court further

19   warned Plaintiff that "[a] failure to respond to [the OSC would] result in dismissal of the action

20   with prejudice and upon no further notice to the parties."  ECF No. 14.  To date Plaintiff has not

21   responded to the OSC.  Accordingly, this case is now DISMISSED with prejudice pursuant to

22   Federal Rule of Civil Procedure 41(b) and Eastern District of California Local Rule 110.

23          IT IS SO ORDERED.

24   DATE:  August 24, 2012

25

26                                                 _____
                                                   MORRISON C. ENGLAND, JR.
27                                                 UNITED STATES DISTRICT JUDGE

28

                                                    1