UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRIAN HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | No. 2:11-cv-01301-MCE-GGH<br><br><br><br>ORDER |

This case was opened on May 13, 2011. Since that time, aside from papers pertinent to counsel's withdrawal, nothing (e.g., proofs of service or the status report required by the Court's order issued May 16, 2011, or its additional order dated December 27, 2011) has been filed. Accordingly, on July 17, 2012, this Court issued an Order to Show Cause ("OSC") requiring Plaintiff to show cause in writing why this case should not be dismissed. The Court further warned Plaintiff that "[a] failure to respond to [the OSC would] result in dismissal of the action with prejudice and upon no further notice to the parties." ECF No. 14. To date Plaintiff has not responded to the OSC. Accordingly, this case is now DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of California Local Rule 110.

IT IS SO ORDERED.

DATE: August 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1